Peter F. Lynch, Respondent, *v.* George D. Bailey et al., Doing Business under the Name of Touche, Niven, Bailey & Smart, Appellants.

Argued November 17, 1949; decided December 29, 1949.

*Eustace Seligman, Roy L. Steinheimer, Jr.,* and *William F. Voelker* for appellants.

*Delbert M. Tibbets* and *A. V. Cherbonnier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.